IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ANTWAN JERNELL THOMAS, ) | |
| # 16338-003 ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | CRIMINAL NO. 15-00253-CG-B |
| ) | CIVIL ACTION NO 17-0118-CG-B |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED** and that a certificate of appealability is **DENIED**.

**DONE and ORDERED** this 19th day of February, 2020.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE